163 A.3d 874

IN THE MATTER OF RONALD P. SIERZEGA AN ATTORNEY AT LAW (ATTORNEY NO. 026781995)

July 7, 2017

518

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–227, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), that **RONALD P. SIERZEGA** of **WOODBURY,** who was admitted to the bar of this State in 1995, should be reprimanded based on respondent's conviction in the Superior Court of New Jersey to cruelty and neglect of a child, a fourth-degree crime, in violation of *N.J.S.A.* 9:6–03, conduct that violates *RPC* 8.4(b)(commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer);

And the Disciplinary Review Board having further concluded that respondent should continue his attendance at Alcoholics Anonymous meetings for a period of two years;

And good cause appearing;

It is ORDERED that **RONALD P. SIERZEGA** is hereby reprimanded; and it is further

ORDERED that respondent shall continue to attend regular meetings at Alcoholics Anonymous for a period of two years, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.